# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| HTR RESTAURANTS, INC. D/B/A/ SIEBS PUB, INDIVIDUALLY AND ON BEHALF OF A CLASS OF SIMILARLY SITUATED PERSONS, 3382 BABCOCK BOULEVARD, PITTSBURGH, PA 15327, | : No. 334 WAL 2021<br>:<br>:<br>: Cross Petition for Allowance of<br>: Appeal from the Order of the<br>: Superior Court |
| Respondent | : |
| | : |
| v. | : |
| | : |
| ERIE INSURANCE EXCHANGE, 100 ERIE INSURANCE PLACE, ERIE, PA 16530, | : |
| Petitioner | : |
| JOSEPH TAMBELLINI, INC. D/B/A JOSEPH TAMBELLINI RESTAURANT, 5701 BRYANT STREET, PITTSBURGH, PA 15206, | : No. 335 WAL 2021<br>:<br>:<br>: Cross Petition for Allowance of<br>: Appeal from the Order of the |
| Respondent | : Superior Court |
| | : |
| v. | : |
| | : |
| ERIE INSURANCE EXCHANGE, 100 ERIE INSURANCE PLACE, ERIE, PA 16530, | : |
| Petitioner | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 25th day of May, 2022, the Petition for Allowance of Appeal is

**GRANTED**. The issue, as stated by petitioner. is:

Did the Superior Court endorse an erroneous, unprecedented and dangerous expansion of Pa.R.Civ.P. 213.1 contrary to its plain language and which threatens to disrupt this and other litigations pending in multiple Counties throughout the Commonwealth, in holding that a litigant who is *not* a "party" to other cases in "different counties," has standing to file a Rule 213.1 motion to transfer such cases to the County of the nonparty's choice?